## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| LISA YOHO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:15-cv-01998-SL |
| ) | |
| GC SERVICES, LP ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

LISA YOHO (Plaintiff), by and through the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice GC SERVICES, LP. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

/s/ David Tannehill
David Tannehill
Ohio Registration No. 0083968
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, Ohio 44133
phone: (216) 901-0609 x 203
fax: (866) 425-3459
dtannehill@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ David Tannehill
David Tannehill
Attorney for Plaintiff
